IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR361 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| FRED GILPIN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Seal requesting the motion filed on May 5, 2006 as document No. [39] be placed under seal. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the motion filed on May 5, 2006 and docketed as document No. [39] shall be placed under seal.

DATED this 5th day of May, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge